UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID CASAMASSA and <br> MARIA CASAMASSA <br><br> Plaintiffs, <br><br> v. <br><br> NAVIENT SOLUTIONS, INC. <br> f/k/a Sallie Mae, <br><br> Defendant. | Case No.: 1:16-cv-00005 JCC IDD |

## JOINT STIPULATION AND AGREED ORDER

**COMES NOW** Plaintiffs DAVID CASAMASSA and MARIA CASAMASSA and defendant NAVIENT SOLUTIONS, INC. f/k/a/ Salle Mae ("NSI"), by and through their undersigned counsel, and hereby jointly stipulate and agree that Plaintiffs will dismiss their claims asserted against NSI, *without prejudice*, to allow them to file their claims in arbitration. Each party will bear its own attorney's fees, costs and expenses of this action.

Stipulated and agreed to this 18th day of March, 2016.

By:/s/ Jason Hamlin
Jason L. Hamlin
The Law Offices of Jason L. Hamlin, PLLC
228 Old Drive
Chesapeake, Virginia 23322
757-816-4465
jasonhamlinlaw@gmail.com

By: /s/ Jeffrey R. Hamlin
Jeffrey R. Hamlin (VSB 46932)
IFRAH PLLC
1717 Pennsylvania Ave., NW, Suite 650
Washington, DC 20006
(202) 524-4143
jhamlin@ifrahlaw.com

So Ordered:
_____/s/_____
James C. Cacheris
United States District Judge